JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kevin Lee Fisher,<br><br>    Plaintiff,<br><br>vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:22-cv-01615-DMC<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from February 6, 2023 to April 7, 2023, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's first request for an extension of time.  Good cause exists for the requested extension. For the weeks of January 31, 2023 and February 6,

2023, Counsel currently has 32 merit briefs, and several letter briefs and reply briefs.  Additional time is needed to thoroughly brief this matter for the Court.

      Counsel for Plaintiff is currently taking partial leave as his child was born on October 14, 2022. Thus, Counsel is working limited hours for the months of December 2022 through March 2023 (with a possible extension of parental leave).

      Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                          Respectfully submitted,

Dated: January 30, 2023      PENA & BROMBERG, ATTORNEYS AT LAW

                          By: /s/ Jonathan Omar Pena
                               JONATHAN OMAR PENA
                               Attorneys for Plaintiff

Dated: January 30, 2023      PHILLIP A. TALBERT
                               United States Attorney
                               MATHEW W. PILE
                               Associate General Counsel
                               Office of Program Litigation
                               Social Security Administration

                          By:  */s/ Susan Leah Smith
                               Susan Leah Smith
                               Special Assistant United States Attorney
                               Attorneys for Defendant
                               (*As authorized by email on Jan. 30, 2023)

## **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  February 1, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE