JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kevin Lee Fisher,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 2:22-cv-01615-DMC<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 7-day extension of time, from April 7, 2023, to April 14, 2023, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's second request for an extension of time.  Good cause exists for the requested extension. For the weeks of March 27, 2023 and April 3, 2023,  Counsel currently has 31 merit briefs, and several letter briefs and reply

1

briefs.    This includes cases that undersigned counsel took on during co-counsel's, Dolly M. Trompeter, leave of absence. Additional time is needed to thoroughly brief this matter for the Court.

    Counsel for Plaintiff is currently taking partial leave as his child was born on October 14, 2022. Thus, Counsel is working limited hours.

    Additionally, Counsel underwent major surgery on March 15, 2023, requiring post-op physical therapy, with the need for several breaks throughout the workday.

    Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: April 5, 2023    PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff

Dated: April 5, 2023    PHILLIP A. TALBERT
    United States Attorney
    MATHEW W. PILE
    Associate General Counsel
    Office of Program Litigation
    Social Security Administration

By:  **/s/ Susan Leah Smith*
    Susan Leah Smith
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on April 5, 2023)

## **ORDER**

1
2
3   Pursuant to stipulation, IT IS SO ORDERED.
4
    Dated:  April 7, 2023
5
                                              
6                                              _____
                                               DENNIS M. COTA
                                               UNITED STATES MAGISTRATE JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28