PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
TIMOTHY A. RAZEL, NYSBN 4742573
Special Assistant United States Attorney
     Social Security Administration
     6401 Security Boulevard
     Baltimore, MD 21235
     Tel.: (212) 264-0534
     Email: Timothy.Razel@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| KEVIN LEE FISHER, | Case No.: 2:22-cv-01615-DMC |
|     Plaintiff, | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
|     vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
|     Defendant. | |

      Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from May 30, 2023, up to and including June 29, 2023. This is the Defendant's first request for an extension.

      Defendant requests this extension because she needs additional time to ensure that she can properly consider the record and Plaintiff's arguments and develop her response to Plaintiff's motion. Since Plaintiff filed his motion on April 14, 2023, the undersigned counsel for Defendant has had deadlines in seven cases. Additionally, the undersigned counsel for Defendant had to take two days of leave in late April to attend to a family/medical matter.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: May 23, 2023                    /s/ *Jonathan O. Pena*
                                       (*as authorized via e-mail on May 23, 2023)
                                       JONATHAN O. PENA
                                       Attorney for Plaintiff

Dated: May 23, 2023                    PHILLIP A. TALBERT
                                       United States Attorney
                                       MATHEW W. PILE
                                       Associate General Counsel
                                       Social Security Administration

                            By:        /s/ *Timothy A. Razel*
                                       TIMOTHY A. RAZEL
                                       Special Assistant U.S. Attorney

                                       Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including June 29, 2023, to respond to Plaintiff's Motion for Summary Judgment.

Dated:  May 26, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE