## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                        **JUDGMENT IN A CIVIL CASE**

**KEVIN LEE FISHER,**

                                        CASE NO: **2:22–CV–01615–DMC**

       v.

**COMMISSIONER OF SOCIAL SECURITY,**

_____

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 12/06/23**

                                                     **Keith Holland**
                                                     Clerk of Court

ENTERED: **December 6, 2023**

                                        by: /s/ A. Benson_____
                                                          Deputy Clerk